UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| NANCY M. MITCHELL, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | Case No. 4:08-cv-1 |
| v. ) | Judge Mattice |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
|     *Defendant*. ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 19.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations [Court Doc. 19] pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiff's Motion for Judgment on the Record [Court Doc. 15] is **DENIED** and that Defendant's Motion for Summary Judgment [Court Doc. 17] is **GRANTED**. The decision of the Commissioner of Social Security is **AFFIRMED** and the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk shall close the case.

SO ORDERED this 7th day of January, 2009.

                                                */s/Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                             UNITED STATES DISTRICT JUDGE